### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**UNITED STATES**                                                                        **PLAINTIFF**

**VS.**                           **CRIMINAL ACTION NO: 3:12-cr-88-DCB-FKB**
                                                 **CIVIL ACTION NO: 3:14-cv-892-DCB**

**BOOKER TARVIN**                                                   **DEFENDANT**

### ORDER FOR GOVERNMENT TO RESPOND TO SECTION 2255 MOTION

This cause is before the Court <u>sua sponte</u>, pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, and having reviewed the petitioner's Motion to Vacate under 28 U.S.C. § 2255, the Court finds that a response to the motion by the government is required.

Accordingly,

IT IS HEREBY ORDERED that the United States Attorney shall file an answer to the petitioner's motion under 28 U.S.C. § 2255 to vacate, set aside or correct his sentence in criminal action no. 3:12-cr-88, within thirty (30) days from the date of entry of this Order.

SO ORDERED this the 24th day of November 2014.

                                                          /s/ David Bramlette
                                            UNITED STATES DISTRICT JUDGE